**Jimmy J. MICIUS; Elsie M. Mayard, Appellants,**

v.

**CITY OF ST. PAUL; John M. Harrington, Chief of Police, St. Paul Police Department; Officer Etienne; Officer Yunker; Officer Cheshier; John Does; Jane Roes, Appellees.**

No. 08–1918.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 3, 2009.

Filed: Nov. 10, 2009.

---

1. The Honorable Stephen J. Swift, United States Tax Court Judge.

Jimmy J. Micius, St. Paul, MN, pro se.

Elsie M. Mayard, St. Paul, MN, pro se.

Portia Hampton–Flowers, City of Saint Paul, St. Paul, MN, for Appellees.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Jimmy J. Micius and Elsie Mayard appeal following the district court's[1] adverse grant of summary judgment in their 42 U.S.C. § 1983 action. Having carefully reviewed the record, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir.2006) (standard of review), we conclude summary judgment was properly granted for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.[2]

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.

2. We decline to address the issues appellants raise for the first time on appeal. *See Snider v. United States,* 468 F.3d 500, 512 (8th Cir. 2006).